No. 85–6957.  FLOWERS v. COUGHLIN, COMMISSIONER, NEW YORK STATE DEPARTMENT OF CORRECTIONS, ET AL.  C. A. 2d Cir.  Certiorari denied.

No. 85–6959.  HALLINGSTAD v. HARVEY ET AL.  C. A. 7th Cir.  Certiorari denied.

No. 85–6960.  MAXHAM v. DEPARTMENT OF THE NAVY.  C. A. 4th Cir.  Certiorari denied.

No. 85–6965.  SMITH v. SCULLY, SUPERINTENDENT, GREEN HAVEN CORRECTIONAL FACILITY, ET AL.  C. A. 2d Cir.  Certiorari denied.

No. 85–6966.  CROCKETT v. UNITED STATES.  Ct. Mil. App.  Certiorari denied.

No. 85–6968.  KOHR v. FULCOMER, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AT HUNTINGDON.  C. A. 3d Cir.  Certiorari denied.

No. 85–6969.  AZZOLINO ET AL. v. DINGFELDER ET AL.  Sup. Ct. N. C.  Certiorari denied.

No. 85–6972.  READ v. UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 85–6976.  PENDLETON v. NEW YORK STATE DEPARTMENT OF CORRECTIONAL SERVICES.  C. A. 2d Cir.  Certiorari denied.

No. 85–6980.  HART v. UNITED STATES.  C. A. 6th Cir.  Certiorari denied.

No. 85–6981.  GOLDSBY v. CALIFORNIA.  Ct. App. Cal., 2d App. Dist.  Certiorari denied.

No. 85–6987.  BLAIR v. UNITED STATES.  C. A. 4th Cir.  Certiorari denied.

No. 85–6988.  BOSHEARS v. WAINWRIGHT, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, ET AL.  C. A. 11th Cir.  Certiorari denied.

No. 85–6990.  MALQUIST v. UNITED STATES.  C. A. 9th Cir.  Certiorari denied.